Fill in this Information to identify the case:

Debtor 1  **Ha Thuy Bach**
_____
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)  _____
First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     Southern District of Texas

Case Number:     23-31590-H1-4

United States Courts
Southern District of Texas
F I L E D

MAR 2 8 2024

Nathan Ochsner, Clerk of Court

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $10,000.00 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC as assignee to Lisa Thuy Bach f/k/a Ha Thuy Bach |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒   Applicant has read Bankruptcy Local Rule 3011-1 and is providing the required supporting documentation with this application.

☐   Applicant is a representative of a deceased claimant's estate and is providing documentation demonstrating Applicant's authority to serve as the estate representative.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee

**4. Notice to United States Attorney**

☒  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Texas
1000 Louisiana St., Suite 2300
Houston, TX 77002-5010

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date:  March 20, 2024 | Date: _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Andrew T. Drake – Vice President<br>Dilks & Knopik, LLC | Printed Name of Co-Applicant (if applicable) |
| 35308 SE Center Street<br>Snoqualmie, WA 98065<br>428-836-5728 x123<br>admin@dilksknopik.com | Address: |
| | Telephone: _____ |
| | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF <u>WASHINGTON</u> | STATE OF _____ |
| COUNTY OF <u>KING</u> | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated <u>March 20, 2024</u> was subscribed and sworn to before me this <u>20th</u> day of <u>March</u>, 20<u>24</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)       Notary Public: _____<br>Matthew Zettley<br>My commission expires: <u>February 19, 2026</u> | (SEAL)       Notary Public _____<br><br>My commission expires: |

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Southern District of Texas
1000 Louisiana St., Suite 2300
Houston, TX 77002-5010

Names and addresses of all other parties served:

U.S. Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

Debtor
Ha Thuy Bach
2050 Diamond SPrings Dr.
Houston, TX 77077

Debtors Attorney
Kevin H Pham
10260 Westheimer Rd, Suite 207
Houston, TX 77042

Trustee
David Peake
9660 Hillcroft Suite 430
Houston, TX 77096-3856

Original Claimant Prior Address
2050 Diamond Springs Dr.
Houston, TX  77077

Original Claimant Current Address
2050 Diamond Springs Dr.
Houston, TX 77077

Date: <u>March 20, 2024</u>

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065